# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TAYLOR THOMPSON,

    Plaintiff,

vs.                                      Case No.   3:25-cv-1088-MMH-MCR

FIRST FEDERAL CREDIT
CONTROL, INC.,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion to Dismiss (Doc. 5; Motion), filed on November 3, 2025. Upon review of the Motion, it appears that Defendant has failed to include the certification required pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), regarding the duty to confer. As such, the Court will require Defendant to file a supplement: (1) certifying that it has conferred with Plaintiff on the Motion, (2) indicating whether Plaintiff agrees on the resolution of the Motion, and (3) if the Motion is opposed, explaining the means by which the conference occurred, as Local Rule 3.01(g) requires.

Accordingly, it is

**ORDERED:**

Defendant is **DIRECTED** to file a supplement to the Motion to Dismiss (Doc. 5) with the requisite Local Rule 3.01(g) Certification on or before **November 12, 2025**.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of November, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

Lc35

Copies to:

Counsel of Record